1  TRINETTE G. KENT (State Bar No. 025180)
2  KENT LAW OFFICES
3  3219 E. Camelback Rd., #588
   Phoenix, AZ 85018
4  Telephone:  (480) 247-9644
   Facsimile:  (480) 717-4781
5  E-mail: tkent@kentlawpc.com

6
7  Of Counsel to:
   Credit Repair Lawyers of America
8  22142 West Nine Mile Road
   Southfield, MI 48033
9  Telephone:  (248) 353-2882
10 Facsimile:  (248) 353-4840

11
   *Attorneys for Plaintiff,*
12 *James and Deborah Mitchell*

13
                IN THE UNITED STATES DISTRICT COURT
14
                   FOR THE DISTRICT OF ARIZONA
15
   James Mitchell and                    | Case No.:  2:17-cv-02459-DLR
16 Deborah Mitchell,

17
                  Plaintiffs,
18        vs.                            | **NOTICE OF SETTLEMENT**

19
   Granite Creditors Service, Inc. and
20 Steven A. Wright,

21
                  Defendants.
22

23

24

25

26
         NOTICE IS HEREBY GIVEN that Plaintiffs and Defendants, Granite Creditors
27
28 Service, Inc. and Steven A. Wright, in the above-captioned case have reached a

                                        1

settlement.  The parties anticipate filing a Stipulation of Dismissal with Prejudice as to

Defendants Granite Creditors Service, Inc. and Steven A. Wright, pursuant to Fed. R.

Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 20th day of March, 2018.


KENT LAW OFFICES


By:   /s/   Trinette G. Kent
Trinette G. Kent
Attorney for Plaintiff,
James Mitchell and Deborah Mitchell