TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*James Mitchell and*
*Deborah Mitchell*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| James Mitchell, et al., | Case No.:  2:17-cv-02459-DLR |
|---|---|
| Plaintiffs, | Hon. Douglas L. Rayes |
| vs. | |
| Granite Creditors Service Incorporated, et al., | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiffs and Defendants Granite Creditors Service, Incorporated and Steven A. Wright (hereinafter referred to as "Defendants") a, through counsel undersigned and

1

pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against Defendants, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 25th day of April, 2018

KENT LAW OFFICES

By: */s/  Trinette G. Kent*
Trinette G. Kent
*Attorney for Plaintiff*

CARLSON & MESSER LLP

*/s/ J. Grace Felipe w/ consent*
J. Grace Felipe
David J. Kaminski
*Attorney for Defendants*
*(admitted pro hac vice)*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28