# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Mitchell, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>Granite Creditors Service Incorporated, et al.,<br><br>      Defendants. | No. CV-17-02459-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation for Dismissal with Prejudice. (Doc. 29.) For good cause shown,

**IT IS ORDERED** that the parties' Stipulation for Dismissal with Prejudice is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Granite Creditors Service, Incorporated and Steven A. Wright are dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

Dated this 26th day of April, 2018.

Douglas L. Rayes
United States District Judge